UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISLAM ATAROUA,<br><br>       Plaintiff,<br><br> -against-<br><br>ZAKI ISAAC B. TAMIR; TAMIR LAW GROUP, PC; SCOTT M. STRINGER, COMPTROLLER; RICHARD BRISKIN, CLAIMS EXAMINER; THE CITY OF NEW YORK; CARLTON NEWTON, WARDEN, ANNA M. KROSS CENTER; JOSEPH PONTE, COMMISSIONER, NYC DEPT. OF CORRECTIONS; BILL DE BLASIO, MAYOR, CITY OF NEW YORK; ROBERT CRIPPS, SUPERVISING WARDEN,<br><br>       Defendants. | 22-CV-10371 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the February 23, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: February 23, 2023
    New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
               Chief United States District Judge